**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CINDY PANG, CLINTON THOMPSON AND AGNIESZKA** , on behalf of themselves and all others similarly-situated, | **Case No. 15-cv-1148** |
| Plaintiffs, | |
| -against- | |
| **J.M. HOLLISTER, LLC d/b/a HOLLISTER COMPANY and ABERCROMBIE & FITCH STORES, INC.,** | |
| Defendants. | |

### ORDER GRANTING PLAINTIFFS' MOTION TO TRANSFER

Plaintiffs **CINDY PANG, CLINTON THOMPSON AND AGNIESZKA** have moved this Court pursuant to 28 U.S.C. § 1404(a) for an order transferring this case to the United States District Court for the Western District of New York.  The purpose for the requested transfer is to facilitate a consolidated settlement of this and other actions against Defendants J.M. Hollister, LLC d/b/a Hollister Company and Abercrombie & Fitch Stores, Inc., alleging certain wage-hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* and state laws. Defendants do not oppose this motion.

Plaintiff has informed the Court that the parties intend to move the Western District of New York pursuant to Fed. R. Civ. P. 42 to consolidate this and other actions with *Robbins et al. v. Abercrombie & Fitch Co. et al.*, 15-cv-6187 (W.D.N.Y.) ("*Robbins*") and *Wat et al. v. J.M. Hollister, LLC et al.,* 14-cv-5361 (E.D.N.Y.) before the Hon. Chief Judge Frank P. Geraci, once all transfer orders have been entered.  Motions for preliminary and final approval of the consolidated settlement agreement will be filed in the Western District of New York.

For purposes of settlement, and in the interests of the efficient administration of justice, Plaintiff's motion is hereby **GRANTED** and this matter is **TRANSFERRED** to the United States District Court for the Western District of New York.  The Clerk is directed to provide a copy of this Order to the Clerk for the Western District of New York and to the chambers of the judge (Chief Judge Frank P. Geraci) there assigned to *Robbins.*

SO ORDERED this _6_ day of _October_____, 2015.


s/ Denis R. Hurley
_____

**Hon. Denis R. Hurley**
United States District Court for the Eastern District of New York